FILED

03/28/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0655

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0655

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

CHRISTOPHER P. MCKEEN,

      Defendant and Appellant.

**ORDER**

Upon consideration of Counsel's motion to withdraw and good cause appearing,

IT IS HEREBY ORDERED that the Appellant in this matter shall file a response to this motion within thirty (30) days of the date of this Order. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and the Appellate Defender's Office.

IT IS FURTHER ORDERED that counsel provide Appellant upon his written request with a copy of the relevant record and transcripts on appeal.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order by mail to all counsel of record and to the Appellant at his last known address.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 28 2024